# United States District Court

NORTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | AGENT TO ARREST |
| EMERSON GUEVARA | Case Number: 1:25-MJ-0805 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EMERSON GUEVARA

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: transmitting interstate communications containing threats to injure the person of another.

in violation of 18, United States Code, Section(s) 875(c).

| J. ELIZABETH MCBATH | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature: J. Elizabeth McBath]* | August 6, 2025 |
| | Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____ by_____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____      _____
Name and Title of Arresting Officer

Date of Arrest:_____      _____
Signature of Arresting Officer

# AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2018. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia. I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations. My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques. I have conducted interviews on numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2. This affidavit is made in support of a criminal complaint, authorizing the arrest of EMERSON GUEVARA, for violation of Title 18, United States Code, Section 875 (interstate communications of threats to injure the person of another).

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

4. The Federal Bureau of Investigation (the "Agency") is conducting a criminal investigation involving EMERSON GUEVARA for possible violations of federal criminal law, specifically violations of 18 U.S.C. § 875(c).

5. Beginning on or around June 29, 2024, GUEVARA (SUBJECT) sent numerous threatening messages to Victim 1 (hereinafter V1) on Tik Tok and Discord. V1 originally had contact with GUEVARA when V1 was live streaming on TikTok and GUEVARA began sending gifts.

a. Gifts on Tik Tok are purchased with real money as TikTok coins. These coins can be spent on different gifts to be sent to the streamer of your choice.

b. Discord is an instant messaging and Voice over Internet Protocol social platform which allows communication through voice calls, video calls, text messaging, and media. Communication can be private or take place in virtual communities called "servers". A server is a collection of persistent chat rooms and voice channels which can be accessed via invite links.

6. On or before June 29, 2024, GUEVARA began sending concerning messages on Discord, so V1 blocked him. GUEVARA then joined into a live video on Tik Tok and began threatening V1.

7. GUEVARA sent the following threatening messages on Tik Tok:

a. On 6/29/2024: "You know what fuck you too you fucking whore. I can't wait to see you in person imma skin you from head to toe and eat you"

b. On 6/29/2024: "I will commit a mass shooting I'm done with everything"

c. On 6/30/2024: "If I ever lay eyes on you, your dead. You made me waste my money on you. You whore."

d. 6/30/2024: "N****r. I've been killing people, don't tell nobody"

8. GUEVARA was able to find V1 phone number and began texting threatening messages. Below are a few of the messages sent:

   a. On 6/29/2024: LOL you thought I wouldn't find you?? (three laughing face emojis) I'm Emerson and I know your address and I'm angry at you, you best be careful of what you do now. I'm done with you I'll skin you

   b. On 6/29/2024: Imma commit a mass shooting when you go to the event

   c. V1's husband is in the television show Dexter and there was a premiere coming up on a date after this message was sent.

   d. On 6/29/2024: "You made a big mistake" "I sent you all them gifts and for what so you can block me" "Fuck you and your family bitch"

9. GUEVARA was interviewed by FBI Atlanta agents at his home of 11 Regency Way, Mableton, GA., on July 9, 2024, where he admitted to sending the messages using his cellphone and over the TikTok app on his phone. He also admitted that he understood how someone could take those statements as threats. GUEVARA said he sent the messages to scare V1. Agents observed that Guevara, his mother, father and sibling all lived at 11 Regency Way, Mableton, GA.

10. GUEVARA has made similar threats to two individuals in January 2024 and another individual in June 2024 (Victims 2, 3, and 4, hereafter V2, V3, and V4 respectively). GUEVARA made these threats while living in the Baltimore, MD. area. On March 1, 2024, GUEVARA was contacted by the FBI Baltimore office after the threats to the January 2024 to V2 and V3. Those threats involved death threats and threats of rape to V2 and asking V3 if she was scared and telling V3 that he was coming for her. GUEVARA was told by agents that this was a serious matter and he could face criminal prosecution. He was also ordered to stop sending harassing and threatening messages.

11. However, in June 2024, Montgomery County Police Department (MCPD) received information concerning threats made by GUEVARA to a Victim 4 on June 21, 2024. The substance of the threat was that GUEVARA would carry out a mass shooting at his former school located in Germantown, MD. MCPD had prior calls for service at an address in Maryland for GUEVARA and had reports showing GUEVARA had a habit of making threats online. On June 22, 2024, MCPD was unable to locate GUEVARA at his Maryland address. The residence at his apartment informed MCPD that GUEVARA had moved out. MCPD subsequently, located GUEVARA in the Northern District of Georgia and informed FBI Atlanta of his whereabouts.

12. On July 1, 2024, a Montgomery County Police Department Officer interviewed GUEVARA over the phone. During that interview GUEVARA first stated that he was in Germantown. However later admitted that he was in Georgia and that he and his family had moved from the Baltimore, MD. Area to 11 Regency Way, Mableton, GA. Guevarra also admitted to making the threat and stated it was a joke and that he wanted to see if he could trigger the notification system.

13. Beginning on or around May 13, 2025, GUEVARA made threats to a currently unidentified individual (Victim 5, hereafter V5) on TikTok. GUEVARA made propositions to V5 (a female from Illinois) but was rejected. After the rejection, GUEVARA threatened that he would find V5, rape, and kill her. In addition, on that same day, GUEVARA sent additional messages to V5 on Instagram saying he was going to commit a mass shooting, sent pictures of two AR-15s and said he had voices in his head telling him to harm people. Agents have been unable to interview V5.

14. As a result of GUEVARA's threats, on May 23, 2025, FBI Agents and Cobb County Police went to GUEVARA's residence in Mableton, Georgia. GUEVARA was interviewed where he admitted to sending the messages. Consent was received from GUEVARA's mother to conduct a search of GUEVARA's bedroom. During this search, one AR rifle, one upper receiver, a K-Bar knife, multiple magazines, 5.56mm

ammunition, and a Kevlar helmet were found. GUEVARA was taken by Cobb County Police on an involuntary hold due to mental health concerns, and the firearms, ammunition, knife, and helmet were seized by Cobb County Police

15. On August 5, 2025, FBI Atlanta was notified by FBI Milwaukee, WI. that beginning on or around May 16, 2025, GUEVARA made threats to Victim 6 (hereafter V6). GUEVARA sent messages while V6 was live-streaming on TikTok. These messages were racist, sexist, and violent in nature, with an obsession on killing and violence. GUEVARA sent a message with V6's home address saying he knows where V6 lives. V6 was interviewed by agents from FBI Milwaukee, WI.

16. In addition, on or about August 5, 2025, GUEVARA sent threatening messages to Victim 7 (V7) on Facebook messenger. V7 posted about moving/storage boxes in Facebook Marketplace. GUEVARA sent V7 messages that stated:

   a. Various threats that he would come to V7s house to rape and kill V7.
   b. "I want to be known as the Idaho murderer."
   c. "I want to be known like Ted Bundy."
   d. "I want to kill you."

17. On August 6, 2025, Agents from FBI Atlanta spoke with V7 and confirmed the threats listed in paragraph 16. In addition, V7 provided agents with screen shots of the threats. Based on investigation to date, these threats were made from GUEVARA's home address.

18. Since at least July of 2024, GUEVARA has lived at 11 Regency Way, Mableton, GA. This address is within the Northern District of Georgia.

## **CONCLUSION**

18. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that GUEVARA has committed violations of Title 18, United States Code, Section 875(c) (interstate communications containing threats to injure the person of another) within the Northern District of Georgia.